IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-11616 |
| HESPERUS PEAK, INC., et al. | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Honorable Janet S. Baer |

## NOTICE OF MOTION

To: See attached list.

**PLEASE TAKE NOTICE** that on May 5, 2021, at 1:30 p.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, and present the *Debtors' Motion to Extend Time to Confirm Chapter 11 Plans*, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Date: April 28, 2021          HESPERUS PEAK, INC. &
                              BLUE'SPA, INC.

                              By:   /s/ Carolina Y. Sales

Carolina Y. Sales (ARDC #6287277)
Paul M. Bauch (ARDC #6196619)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
312-588-5000
csales@bmlawllc.com

## CERTIFICATE OF SERVICE

    I, Carolina Y. Sales, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on April 28, 2021 at 12:06 PM.

                                                   /s/ Carolina Y. Sales

## SERVICE LIST

Via CM/ECF to

Dustin P Branch on behalf of Creditor Starwood Retail Partners LLC
branchd@ballardspahr.com, carolod@ballardspahr.com;simonjm@ballardspahr.com

Francisco Connell on behalf of Creditor Crystal Lake Bank & Trust Company, N.A.
fconnell@chuhak.com, jvanheel@chuhak.com

Michael W Debre on behalf of Creditor Crystal Lake Bank & Trust Company, N.A.
mdebre@chuhak.com, mdominguez@chuhak.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Julia Jensen Smolka on behalf of Interested Party Tammy Coakley
jjensen@dimonteandlizak.com, jjarke@dimontelaw.com

Stephen G Wolfe on behalf of U.S. Trustee Patrick S Layng
steve.g.wolfe@usdoj.gov

2

**VIA U.S. MAIL:**

ABT Owner 1, L.P.
c/o David P. Vallas
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606-1599

ABT Owner 1, L.P.
c/o C T Corporation System
208 S LaSalle St, Suite 814
Chicago, IL 60604-1101

Aveda Services, Inc.
c/o Shauna McQuillen, Exec. Dir.
4000 Pheasant Ridge Dr.
Minneapolis, MN 55449-7106

American Express
PO Box 981537
El Paso, TX 79998-1537

(p)Bank of America
PO Box 982238
El Paso, TX 79998-2238

Bleu Root LLC
100 W Main St.
Dundee, IL 60118-2046

CHTD Company
P.O. Box 2576
Springfield, IL 62708-2576

Citicard
P.O. Box 9001037
Louisville, KY 40290-1037

Corporation Service Company
  as Representative
P.O. Box 2576
Springfield, IL 62708-2576

Credibly of Arizona LLC
25200 Telegraph Rd., Suite 350
Southfield, MI 48033-7416

CSC, as representative
P.O. Box 2576
Springfield, IL 62708-2576

C T Corporation System
  as Representative
330 N Brand Blvd
Suite 700; ATT
Glendale, CA 91203-2308

C T Corporation System,
  as Representative
330 N Brand Blvd
Suite 700; ATT
Glendale, CA 91203-2308

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Earl S. Hickrod
83 Edwards Ave.
Dundee, IL 60118-2929

Earl S. Hickrod
895 W. Main St.
Dundee, IL 60118-2098

Everest Business Funding
8200 NW 52nd Terrace
2nd Floor
Doral, FL 33166-7852

Fora Financial Business Loans, LLC
519 8th Avenue, 11th Floor
New York, NY 10018-4581

Illinois Department of Employment
  Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680-4385

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Inspire Bleu Beauty + Wellness LLC
113 W Main St.
West Dundee, IL 60118-2046

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMorgan Chase Bank N A
Bankruptcy Mail Intake Team
700 Kansas Lane - Floor 01
Monroe, LA 71203-4774

Kabbage
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309-3918

LoanBuilder
c/o Swift Financial, LLC
3505 Silverside Road
Wilmington, DE 19810-4905

Paypal Credit
2211 N 1st Street
San Jose, CA 95131-2021

Richard Coakley
3056 Shenandoah Ave.
Carpentersville, IL 60110-3283

RT-DRAC Corp.
100 W. Higgins Rd., Ste. F
Barrington, IL 60010-9408

Sears Credit
6716 Grade Lane
Building 9, STE 910
Louisville, KY 40213-3410

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416-0005

US Small Business
Administration
Kate O'Laughlin
500 W. Madison
Chicago, IL 60661-2566

Patrick S. Layng
Office of the US Trustee,
Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

3

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 20-11616 |
| HESPERUS PEAK, INC., et al. | ) |
| | ) (Jointly Administered) |
| Debtors. | ) Honorable Janet S. Baer |

**MOTION TO EXTEND TIME TO CONFIRM CHAPTER 11 PLANS**

Hesperus Peak, Inc., an Illinois corporation ("Hesperus") and Bleu'Spa, Inc. ("Blue'Spa"), an Illinois corporation (each a "Debtor" and collectively, the "Debtors"), hereby request an order, pursuant to 11 U.S.C. § 1121(e)(3), extending the time to confirm their Chapter 11 plans (collectively, the "Plans").

## I. JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

## II. BACKGROUND

3. On May 28, 2020, (the "Petition Date"), the Debtors each filed related petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). On June 25, 2020, the Bankruptcy Court entered an order directing the joint administration of the Debtors' cases. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. The Debtors have substantially all of the rights, powers and responsibilities of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

4. No creditors' committee has been appointed in the Debtors' chapter 11 cases, and no trustee or examiner has been appointed. On January 20, 2021, the Debtors filed their Plans and disclosure statements [ECF Nos. 76-79]. On March 2, 2021, the Debtors filed their amended Plans and disclosure statements [ECF Nos. 91-94]. On March 3, 2021, the Debtors filed their second amended Plans and disclosure statements [ECF Nos. 97-100].

### III. RELIEF REQUESTED

5. Pursuant to 11 U.S.C. § 1129(e), the Debtors' extended deadline to confirm the Plans is May 10, 2021 [ECF No. 88]. The Debtors are requesting an extension of time until **July 9, 2021** to obtain confirmation of the Plans.

6. Pursuant to 11 U.S.C. § 1121(e)(3), the Court may grant an extension of time only if the following conditions are satisfied:

> (a) the debtor, after providing notice to parties in interest (including the United States Trustee), demonstrates by a preponderance of the evidence that it is more likely than not that the court will confirm a plan within a reasonable time;
> (b) a new deadline is imposed at the time the extension is granted; and
> (c) the order extending time is signed before the existing deadline has expired.

11 U.S.C. § 1121(e)(3).

7. The Debtors are providing notice of this motion (including the United States Trustee) to all parties in interest. The Debtors have filed their Plans and disclosure statements and have received suggestions for further revisions and additions. The Debtors' senior secured creditor voted to accept the Plans, which currently provide for the sale of the Debtors' property subject to liens (free and clear

2

of such liens, with such liens to attach to the proceeds of such sale). Although other classes have rejected or are deemed to have rejected the Plans, the Debtors believe that after such further amendments are incorporated into amended Plans, it is more likely than not that the Plans will be confirmed within a reasonable time.

8. Confirmation of the Plans is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtors or any successor to the debtor under the Plans (beyond the liquidation already currently proposed in the Plans). Furthermore, the Plans do not discriminate unfairly and are fair and equitable with respect to each class of claims or interests that is impaired under the Plans.

9. The Debtors are requesting a new deadline of July 9, 2021 to obtain confirmation. The current deadline to confirm the Plans has not yet expired. This is the Debtors' second request to extend the deadline to obtain confirmation. The Debtors believe that cause exists to grant the request herein, which was not made in bad faith.

10. Furthermore, the Debtors believe that they met the 300-day deadline for the filing of the Plans: The original Plans were filed within 237 days after the Petition Date. "[T]he amended plan relates back to the date of the original plan . . . before the expiration of the 300-day deadline for the filing of plans contained in § 1121(e)(2)." *In re Florida Coastal Airlines, Inc.*, 361 B.R. 286, 290 (Bankr. S.D. Fla. 2007). The subsequent amended Plans would also relate back to the date of the original Plans.

3

WHEREFORE, the Debtors respectfully request the entry of an order extending the deadline to confirm the Plans to July 9, 2021 and granting such other and further relief as is just and proper.

Dated: April 28, 2021

HESPERUS PEAK, INC. & BLUE'SPA, INC.

By: /s/ Carolina Y. Sales
     One of Their Attorneys

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
csales@bmlawllc.com
Tel. (312) 588-5000

4