IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-11616 |
| HESPERUS PEAK, INC., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Honorable Janet S. Baer |

## FOURTH NOTICE OF ADJOURNMENT OF AUCTION

**PLEASE TAKE NOTICE** that on August 19, 2021, Hesperus Peak, Inc. and Bleu'Spa, Inc. (collectively, the "Debtors") commenced an auction (the "Auction") pursuant to the bid procedures (the "Bid Procedures") attached to their *Third Amended Plans of Liquidation for Small Business Under Chapter 11* [ECF Nos. 142 and 143] (the "Plans") as Exhibit 6,[1] which was adjourned to September 1, 2021; September 29, 2021; and October 27, 2021.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Paragraph 19 of the Bid Procedures, the Debtors, in consultation with Crystal Lake Bank, adjourned the Auction to **November 17, 2021, at 10:00 am CST.**

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Auction may do so in person at 53 W. Jackson Blvd., Suite 1115, Chicago, Illinois 60604; by Zoom at https://zoom.us/join Meeting ID: **239 515 5866** (no password required); or by telephone at 312-626-6799. All inquiries should be directed to the undersigned counsel.

Dated: October 27, 2021

Respectfully submitted,

HESPERUS PEAK, INC. &
BLUE'SPA, INC.

By: ___/s/ Paul M. Bauch___

Carolina Y. Sales (ARDC #6287277)
Paul M. Bauch (ARDC #6196619)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
312-588-5000
pbauch@bmlawllc.com
csales@bmlawllc.com

---

[1] Capitalized terms used but not defined herein shall have the meaning given to such term in the Plans.

## CERTIFICATE OF SERVICE

I, Paul M. Bauch, certify that I served a copy of this notice on each entity shown on the attached list at the address shown and by the method indicated on the list on October 27, 2021 at 10:50AM.

/s/ Paul M. Bauch

**VIA CM/ECF:**

Dustin P Branch on behalf of Creditor Starwood Retail Partners LLC
branchd@ballardspahr.com, carolod@ballardspahr.com;simonjm@ballardspahr.com

Francisco Connell on behalf of Creditor Crystal Lake Bank & Trust Company, N.A.
fconnell@chuhak.com, dgeorge@chuhak.com

Michael W Debre on behalf of Creditor Crystal Lake Bank & Trust Company, N.A.
mdebre@chuhak.com, mdominguez@chuhak.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Julia Jensen Smolka on behalf of Interested Party Tammy Coakley
jjensen@dimonteandlizak.com, jjarke@dimontelaw.com;mrussell@dimontelaw.com

**VIA U.S. MAIL:**

| | | |
|---|---|---|
| ABT Owner 1, L.P.<br>c/o David P. Vallas<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL 60606-1599 | ABT Owner 1, L.P.<br>c/o C T Corporation System<br>208 S LaSalle St, Suite 814<br>Chicago, IL 60604-1101 | Aveda Services, Inc.<br>c/o Shauna McQuillen, Exec. Dir.<br>4000 Pheasant Ridge Dr.<br>Minneapolis, MN 55449-7106 |
| American Express Nat'l Bank<br>c/o Beckett and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | (p)Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bleu Root LLC<br>100 W Main St.<br>Dundee, IL 60118-2046 |
| Chase Visa<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | Citicard<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 |

Corporation Service Company, as
Representative
P.O. Box 2576
Springfield, IL 62708-2576

Credibly of Arizona LLC
4026 N. Miller Rd., Suite B200
Scottsdale, AZ 85251

CSC, as representative
P.O. Box 2576
Springfield, IL 62708-2576

C T Corporation System, as Representative
330 N Brand Blvd
Suite 700; ATT
Glendale, CA 91203-2308

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Earl S. Hickrod
895 W. Main St.
Dundee, IL 60118-2098

Earl S. Hickrod
83 Edwards Ave.
Dundee, IL 60118-2929

EBF Partners, LLC
c/o Everest Business Funding
8200 NW 52nd Terrace
Suite 200
Doral, FL 33166-7852

Fora Financial Business Loans, LLC
12 Powder Springs St., Suite 240
Marietta, GA 30064

Inspire Bleu Beauty + Wellness LLC
113 W Main St.
West Dundee, IL 60118-2046

Illinois Department of
 Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680-4385

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Department of Treasury
Internal Revenue Service
230 S. Dearborn, Stop 5014-Chi
Chicago, IL 60604

(p)JPMorgan Chase Bank N A
Bankruptcy Mail Intake Team
700 Kansas Lane - Floor 01
Monroe, LA 71203-4774

Julia Jenson Smolka, Esq.
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge IL 60068

Kabbage
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309-3918

Kathy Dwyer
83 Edwards Ave.
West Dundee, IL 60118

LoanBuilder
c/o Swift Financial, LLC
3505 Silverside Road
Wilmington, DE 19810-4905

Paypal Credit
2211 N 1st Street
San Jose, CA 95131-2021

Richard Coakley
3058 Shenandoah Ave.
Carpentersville, IL 60110-3283

RT-DRAC Corp.
106 N. Second St.
West Dundee, IL 60018

Sears Credit
6716 Grade Lane
Building 9, STE 910
Louisville, KY 40213-3410

U.S. Small Business
 Administration
2 North Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416-0005

U.S. Small Business Administration
Kate O'Laughlin
500 W. Madison
Chicago, IL 60661-2566

ABT Owner 1, L.P.
c/o Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Ste 1400
Los Angeles, CA 90067-2915

Crystal Lake Bank & Trust Company, P.C.
Chuhak & Tecson, P.C.
Attn: Francisco Connell, Esq.
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606

3

| | | |
|---|---|---|
| Patrick S. Layng<br>Office of the US Trustee<br>Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604 | David P. Holtkamp<br>Office of the UST<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604 | James M. Bolz<br>SBWD, Inc.<br>895 W. Main St.<br>West Dundee, IL 60118 |